

# THE SUPREME COURT OF TEXAS
**Post Office Box 12248**
**Austin, Texas 78711**

**(512) 463-1312**

Thursday, May 1, 2025

Mr. William Cole
Office of the Attorney General of Texas,
Office of the Solicitor General
PO Box 12548
Austin, TX 78711-2548
* DELIVERED VIA E-MAIL *

Mr. Elliot Clark
Winstead PC
401 Congress, Suite 2100
Austin, TX 78701
* DELIVERED VIA E-MAIL *

RE:     Case Number:  24-1078
        Court of Appeals Number:  15-24-00078-CV
        Trial Court Number:  D-1-GN-24-001064

Style:  PAXTON v. CITY OF AUSTIN

Dear Counsel:

Today the Supreme Court of Texas granted the Motion for Extension of Time to File Petitioner's Brief on the Merits in the above-referenced case.  Petitioner's brief is due to be filed in this office **Friday, May 16, 2025**.  Respondent's brief on the merits is due **Thursday, June 5, 2025**.  Petitioner's reply brief is due **Friday, June 20, 2025**.  **FURTHER REQUESTS FOR EXTENSIONS OF TIME FOR THIS FILING WILL NOT BE CONSIDERED.**

Sincerely,

Blake A. Hawthorne, Clerk

by Kara Fields
Deputy Clerk

cc:     Christopher Prine (DELIVERED VIA E-MAIL)
        District Clerk Travis County (DELIVERED VIA E-MAIL)
        Ms. Meagan Corser (DELIVERED VIA E-MAIL)
        Mr. Jeffrey Don Nydegger (DELIVERED VIA E-MAIL & POSTAL)